BOARD OF TRUSTEES OF HOBOKEN CEMETERY, RESPONDENT, v. MAYOR, &c., OF HOBOKEN, APPELLANT.

Submitted March 27, 1916—Decided June 19, 1916.

On appeal from the Supreme Court, whose opinion is reported in 88 *N. J. L.* 111.

For the respondent, *Edward J. D. Stover.*

For the appellant, *John J. Fallon.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.   13.

*For reversal*—None.